Opinion issued September 11, 2003











In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00827-CR

____________


EX PARTE ANDRE CLEVELAND, Appellant








On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause No. 946536






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. The trial court signed
the order lowering bail on May 15, 2003. No motion for new trial was filed. The
deadline for filing notice of appeal was therefore June 16, 2003. See Tex. R. App. P.
26.2(a)(1)]. 

 Notice of appeal was filed on August 4, 2003, 49 days after the deadline. 
 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes. 

Do not publish. Tex. R. App. P. 47.2(b).